**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THOMAS LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENRIQUE CONTERNO, et al.,<br><br>　　　　　Defendants. | Case No.  21-cv-03370-BLF<br><br>**ORDER SUA SPONTE REFERRING CASE FOR JUDICIAL DETERMINATION OF RELATED CASE STATUS** |

It appears that this action, *Leonard v. Conterno, et al.*, 21-cv-03370-BLF, may be related to an earlier filed action currently pending before District Judge Edward M. Chen, *Xu v. FibroGen Inc., et al.*, 21-cv-02623-EMC.  The *Leonard* action is *sua sponte* referred to Judge Chen for a determination whether it is related to the *Xu* action within the meaning of Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated:  May 10, 2021

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California