Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Vicente Sepulveda*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>Defendants. | No.  3:21-cv-02623-EMC<br><br>CLASS ACTION<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION OF VICENTE SEPULVEDA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date: Thursday, July 22, 2021<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>ORAL ARGUMENT REQUESTED |

[Caption continued on the next page.]

010998-11/1558378 V1

| | |
|---|---|
| CESARE GRAZIOLI, Individually and On Behalf Of All Others Similarly Situated, | No.  3:21-cv-03212-CRB |
| Plaintiff, | CLASS ACTION |
| v. | |
| FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |
| THOMAS LEONARD, Individually and On Behalf Of All Others Similarly Situated, | No.  5:21-cv-03370-EMC |
| Plaintiff, | CLASS ACTION |
| v. | |
| FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |
| IBEW LOCAL 353 PENSION PLAN, Individually and On Behalf Of All Others Similarly Situated, | No.  5:21-cv-03396-EJD |
| Plaintiff, | CLASS ACTION |
| v. | |
| FIBROGEN, INC., ENRIQUE CONTERNO, JAMES A. SCHOENECK, and K. PEONY YU, | |
| Defendants. | |

I, Lucas E. Gilmore, declare as follows:

1.     I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class members Vicente Sepulveda ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of class action published in *Newsfile*, a national business-oriented wire service, on April 12, 2021;

Exhibit B:     Movant's sworn Certification;

Exhibit C:     Chart of Movant's estimated losses;

Exhibit D:     Movant's Declaration; and

Exhibit E:     Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of June, 2021, at San Diego, California.

 */s/ Lucas E. Gilmore*
 LUCAS E. GILMORE

GILMORE DECLARATION                                                              - 1
Case No.: 3:21-cv-02623-EMC
010998-11/1558378 V1