**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone:      (858) 997-0860
Facsimile:       (858) 369-0096

*Counsel for Employees' Retirement System of the
City of Baltimore, City of Philadelphia Board of
Pensions and Retirement, and Plymouth County
Retirement Association, and Proposed Lead
Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>        Defendants. | No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF THE MOTION OF EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BALTIMORE, CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT, AND PLYMOUTH COUNTY RETIREMENT ASSOCIATION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>HEARING DATE: July 22, 2021<br>TIME: 1:30 p.m.<br>JUDGE: Hon. Edward N. Chen<br>COURTROOM: 5 – 17th Floor |

| | |
|---|---|
| ROBERT GUTMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, and JAMES SCHOENECK,<br><br>Defendants. | No. 3:21-cv-02725-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**CLASS ACTION** |
| CESARE GRAZOLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>Defendants. | No. 3:21-cv-03212-CRB<br><br>Judge Charles R. Breyer<br><br>**CLASS ACTION** |
| THOMAS LEONARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>Defendants. | No. 5:21-cv-03370-BLF<br><br>Judge Beth Labson Freeman<br><br>**CLASS ACTION** |
| IBEW LOCAL 353 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>Defendants. | No. 5:21-cv-03396-EJD<br><br>Judge Edward J. Davila<br><br>**CLASS ACTION** |

I, David R. Kaplan, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1.      I am a Director with the law firm of Saxena White P.A. ("Saxena White") and a member in good standing of the Bar of the State of California and the Bar of the Northern District of California.  I represent Proposed Lead Plaintiff, Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (together, "the Retirement Systems"), in the above-captioned Related Actions.  I submit this Declaration in support of the motion of the Retirement Systems for an Order: (1) consolidating the Related Actions; (2) appointing the Retirement Systems as Lead Plaintiff; (3) approving the Retirement Systems' selection of Saxena White to serve as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibit A is a true and correct copy of the notice of pendency of class action published in *Newsfile* on April 12, 2021.

3.      Attached as Exhibit B are true and correct copies of the Retirement Systems' PSLRA Certifications.

4.      Attached as Exhibit C is a true and correct copy of the Retirement Systems' estimated losses.

5.      Attached as Exhibit D is a true and correct copy of Joint Declaration of David Randall, Eleanor N. Ewing, and David Sullivan in Support of the Retirement Systems' Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Their Selection of Counsel.

6.      Attached as Exhibit E is a true and correct copy of the Assignment of Rights to Baltimore Employees.

7.      Attached as Exhibit F is a true and correct copy of the firm resume of proposed Lead Counsel, Saxena White.

Dated: June 11, 2021

Respectfully submitted,

*/s/ David R. Kaplan*

DECLARATION OF DAVID R. KAPLAN
CASE NO. 3:21-CV-02623-EMC

1