**ROCHE FREEDMAN LLP**
Ivy T. Ngo (249860)
Velvel (Devin) Freedman (*pro hac vice* forthcoming)
Constantine P. Economides (*pro hac vice* forthcoming)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Facsimile: (646) 392-8842
ingo@rcfllp.com
vel@rcfllp.com
ceconomides@rcfllp.com

*Counsel for Lead Plaintiff Movant Thomas Leonard
and Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, <br><br> Defendants. | No.:  3:21-CV-02623-EMC <br><br> **DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF THOMAS LEONARD AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Hon. Edward M. Chen <br> Hearing Date: July 22, 2021 <br> Time: 1:30 p.m. <br> Courtroom 5 |
| ROBERT GUTMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIBROGEN, INC., ENRIQUE CONTERNO, and JAMES SCHOENECK, <br><br> Defendants. | No. 4:21-CV-02725-YGR |

1

**DECLARATION OF I. NGO IN SUPPORT OF MOTION**
**CASE NO.: 3:21-CV-02623**

| | |
|---|---|
| CESARE GRAZIOLI, Individually and on Behalf of All Others Similarly Situated, | No. 3:21-CV-03212-CRB |
| Plaintiff, | |
| v. | |
| FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |
| THOMAS LEONARD, Individually and on Behalf of All Others Similarly Situated, | No. 5:21-CV-03370 |
| Plaintiff, | |
| v. | |
| FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |
| IBEW LOCAL 353 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | No. 5:21-CV-03396-EJD |
| Plaintiff, | |
| v. | |
| FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |

I, IVY T. NGO, hereby declare as follows:

1.    I am Of Counsel with Roche Freedman LLP ("RF"), counsel on behalf of Thomas Leonard ("Movant"), and have personal knowledge of the facts set forth herein.

2

2.     I make this Declaration in support of Movant's motion for consolidation of related actions, appointment as Lead Plaintiff and approval of his selection of RF as Lead Counsel for the Class.

3.     Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:     Shareholder Certification executed by Movant;

Exhibit B:     Loss chart of Movant;

Exhibit C:     Declaration of Movant;

Exhibit D:     Firm resume of RF; and

Exhibit E:     Press release published over *Newsfile Corp.*, announcing the pendency of the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of June, 2021 at Lakewood, Colorado.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

3

**DECLARATION OF I. NGO IN SUPPORT OF MOTION**
**CASE NO.: 3:21-CV-02623**

## CERTIFICATE OF SERVICE

I, Ivy T. Ngo, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 11th day of June, 2021.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

4

**DECLARATION OF I. NGO IN SUPPORT OF MOTION**
**CASE NO.: 3:21-CV-02623**