John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff-Movants*
*Stefano Branca and Giuliana Mollo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEIFA XU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO JAMES SCHOENECK, and K. PEONY YU,<br><br>Defendants. | No. 3:21-cv-02623-EMC<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF STEFANO BRANCA AND GIULIANA MOLLO'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL** |
| ROBERT GUTMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIBROGEN, INC. ENRIQUE CONTERNO, and JAMES SCHOENECK,<br><br>Defendants. | No. 4:21-cv-02725-YGR |

*Caption continued on following page.*

| | |
|---|---|
| CESARE GRAZIOLI, Individually and on Behalf of All Others Similarly Situated, | No. 3:21-cv-03212-CRB |
| Plaintiff, | |
| vs. | |
| FIBROGEN, INC., ENRIQUE CONTERNO JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |
| IBEW LOCAL 353 PENSION PLAN, on Behalf of Itself and All Others Similarly Situated, | No. 3:21-cv-03396-EJD |
| Plaintiff, | |
| vs. | |
| FIBROGEN, INC. ENRIQUE CONTERNO, JAMES A. SCHOENECK, and K. PEONY YU, | |
| Defendants. | |
| THOMAS LEONARD, Individually and on Behalf of All Others Similarly Situated, | No. 3:21-cv-03370-EMC |
| Plaintiff, | |
| vs. | |
| FIBROGEN, INC., ENRIQUE CONTERNO JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF STEFANO BRANCA AND GIULIANA MOLLO'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of this Court.  I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2.      I make this declaration in support of the motion of Lead Plaintiff movants and putative Class members Stefano Branca and Giuliana Mollo ("Movants") for an order: (1) consolidating the above-captioned actions; (2) appointing Movants as Co-Lead Plaintiffs; and (3) approving the Movants' selection of Scott+Scott as Lead Counsel.  I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

3.      Attached are true and correct copies of the following:

Exhibit A:    Notice published on April 12, 2021, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *Newsfile*;

Exhibit B:    Movants' PSLRA Certifications;

Exhibit C:    Joint Declaration of Movants;

Exhibit D:    Movants' loss charts; and

Exhibit E:    Scott+Scott's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of June, 2021, in San Diego, California.

 *s/ John T. Jasnoch*
JOHN T. JASNOCH

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on June 11, 2021, at San Diego, California.

*s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

2

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF STEFANO BRANCA AND GIULIANA MOLLO'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL