**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone:      (858) 997-0860
Facsimile:      (858) 369-0096

*Counsel for Employees' Retirement System of the*
*City of Baltimore, City of Philadelphia Board of*
*Pensions and Retirement, and Plymouth County*
*Retirement Association, and Proposed Lead*
*Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, <br><br> Defendants. | No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BALTIMORE, CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT, AND PLYMOUTH COUNTY RETIREMENT ASSOCIATION'S OPPOSITION TO THE COMPETING MOTIONS FOR LEAD PLAINTIFF APPOINTMENT** <br><br> HEARING DATE: July 22, 2021 <br> TIME: 1:30 p.m. <br> JUDGE: Hon. Edward N. Chen <br> COURTROOM: 5 – 17th Floor |

| | |
|---|---|
| ROBERT GUTMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, and JAMES SCHOENECK,<br><br>    Defendants. | No. 3:21-cv-02725-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**CLASS ACTION** |
| CESARE GRAZOLI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>    Defendants. | No. 3:21-cv-03212-CRB<br><br>Judge Charles R. Breyer<br><br>**CLASS ACTION** |
| THOMAS LEONARD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>    Defendants. | No. 5:21-cv-03370-BLF<br><br>Judge Beth Labson Freeman<br><br>**CLASS ACTION** |
| IBEW LOCAL 353 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>    Defendants. | No. 5:21-cv-03396-EJD<br><br>Judge Edward J. Davila<br><br>**CLASS ACTION** |

I, David R. Kaplan, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1.      I am a Director with the law firm of Saxena White P.A. ("Saxena White") and a member in good standing of the Bar of the State of California and the Bar of the Northern District of California.   Saxena White represents proposed Lead Plaintiff Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (together, "the Retirement Systems"), in the above-captioned related actions.  I submit this Declaration in support of the Retirement Systems' memorandum in further support of their motion for Lead Plaintiff appointment, approval of selection of counsel, and in opposition to the competing Lead Plaintiff motions.

2.      Attached as Exhibit A is true and correct copy of online message board posts attributed to Vincente Sepulveda ("Sepulveda") on the website StockTwits.com, concerning FibroGen, Inc. ("FibroGen").

3.      Attached as Exhibit B is a true and correct copy of a document providing a calculation of Sepulveda's potentially recoverable losses under *Dura Pharmaceuticals Inc. v. Broudo*, 544 U.S. 336 (2005) on his purchases of FibroGen stock options during the asserted class period.  The document includes annotations explaining the calculations using the loss chart that Sepulveda previously submitted to the Court (ECF No. 23-3).

4.      Attached as Exhibit C is a true and correct copy of a document summarizing Sepulveda's transactions in FibroGen common stock during the Class Period.

Dated: June 25, 2021                              Respectfully submitted,

                                                                    */s/ David R. Kaplan*

1

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 25, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

/s/ David R. Kaplan
David R. Kaplan

2