Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Vicente Sepulveda*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and On Behalf Of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>                              Defendants. | No.  3:21-cv-02623-EMC<br><br>CLASS ACTION<br><br>**DECLARATION OF LUCAS E. GILMORE IN FURTHER SUPPORT OF MOTION OF VICENTE SEPULVEDA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date: Thursday, July 22, 2021<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>ORAL ARGUMENT REQUESTED |

[Caption continued on the next page.]

010998-11/1570732 V1

| | |
|---|---|
| CESARE GRAZIOLI, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>Defendants. | No.  3:21-cv-03212-CRB<br><br>CLASS ACTION |
| THOMAS LEONARD, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>Defendants. | No.  5:21-cv-03370-EMC<br><br>CLASS ACTION |
| IBEW LOCAL 353 PENSION PLAN, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES A. SCHOENECK, and K. PEONY YU,<br><br>Defendants. | No.  5:21-cv-03396-EJD<br><br>CLASS ACTION |

010998-11/1570732 V1

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class members Vicente Sepulveda ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in further support of Movant's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      February 27, 2019 Press Release Entitled "FibroGen Reports Fourth Quarter and Full Year 2018 Financial Results";

Exhibit B:      FibroGen, Inc. Q4 2017 Earnings Call Transcript, dated February 27, 2018; and

Exhibit C:      Historical Pricing for FibroGen, Inc. (FGEN) common stock for the period October 17, 2017 through July 1, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of July, 2021, at San Diego, California.


        /s/ Lucas E. Gilmore
        LUCAS E. GILMORE

GILMORE DECLARATION                                                                                                - 1
Case No.: 3:21-cv-02623-EMC
010998-11/1570732 V1