**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone:      (858) 997-0860
Facsimile:       (858) 369-0096

*Counsel for Employees' Retirement System of the*
*City of Baltimore, City of Philadelphia Board of*
*Pensions and Retirement, and Plymouth County*
*Retirement Association, and Proposed Lead*
*Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and on Behalf of All Others Similarly Situated, | No. 3:21-cv-02623-EMC |
| Plaintiff, | **CLASS ACTION** |
| vs. | **SUPPLEMENTAL DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BALTIMORE, CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT, AND PLYMOUTH COUNTY RETIREMENT ASSOCIATION'S REPLY TO THE COMPETING MOTIONS FOR LEAD PLAINTIFF APPOINTMENT** |
| FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |
| | HEARING DATE: July 22, 2021 TIME: 1:30 p.m. JUDGE: Hon. Edward M. Chen COURTROOM: 5 – 17th Floor |

| | |
|---|---|
| ROBERT GUTMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, and JAMES SCHOENECK,<br><br>     Defendants. | No. 3:21-cv-02725-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**CLASS ACTION** |
| CESARE GRAZOLI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>     Defendants. | No. 3:21-cv-03212-CRB<br><br>Judge Charles R. Breyer<br><br>**CLASS ACTION** |
| THOMAS LEONARD, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>     Defendants. | No. 5:21-cv-03370-BLF<br><br>Judge Beth Labson Freeman<br><br>**CLASS ACTION** |
| IBEW LOCAL 353 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>     Defendants. | No. 5:21-cv-03396-EJD<br><br>Judge Edward J. Davila<br><br>**CLASS ACTION** |

I, David R. Kaplan, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1.      I am a Director with the law firm of Saxena White P.A. ("Saxena White") and a member in good standing of the Bar of the State of California and the Bar of the Northern District of California.  Saxena White represents Proposed Lead Plaintiff, Employees' Retirement System of the City of Baltimore ("Baltimore Employees"), City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (together, the "Retirement Systems"), in the above-captioned related actions.  I submit this Declaration in support of the Retirement Systems' reply memorandum in further support of their motion for Lead Plaintiff appointment, approval of selection of counsel, and reply to the competing Lead Plaintiff motions.

2.      Attached as Exhibit A is a true and correct copy of the Supplemental Joint Declaration of David Randall, Eleanor N. Ewing, and David Sullivan in Further Support of the Retirement Systems' Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Their Selection of Counsel.

3.      Attached as Exhibit B are true and correct copies of fifteen press release "alerts" regarding the FibroGen securities litigation matter issued by Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel to movant Vincente Sepulveda, or Scott+Scott Attorneys at Law LLP ("Scott + Scott"), counsel for movant Stefano Branca and Giuliana Mollo.

4.      Attached as Exhibit C are true and correct copies of custodial bank trading reports concerning transactions in FibroGen securities made by Rothchild Asset Management on behalf of Baltimore Employees and Baltimore City Fire and Police Employees' Retirement ("Baltimore F&P").

5.      Attached as Exhibit D is a true and correct copy of a press release announcing the departure of David Randall as Baltimore F&P's Deputy Executive Director after twenty-two years of service to become Baltimore Employees' Executive Director.

6.      Attached as Exhibit E is a true and correct copy of the District Court's Response Re Petition For Writ of Mandamus in *In re Tesla Inc. Securities Litigation*, No. 3:18-cv-04865 (N.D. Cal.), ECF No. 210.

SUPPLEMENTAL DECLARATION
OF DAVID R. KAPLAN
CASE NO. 3:21-CV-02623-EMC

7.      Attached as Exhibit F is a true and correct copy of a joint declaration submitted by Scott + Scott on behalf of a lead plaintiff applicant in *In re Vaxart, Inc. Securities Litigation*, No. 3:20-cv-05949-VC (N.D. Cal.).

8.      Attached as Exhibit G is a true and correct copy of a joint declaration submitted by Hagens Berman on behalf of a lead plaintiff applicant in *In re Vaxart, Inc. Securities Litigation*, No. 3:20-cv-05949-VC (N.D. Cal.).

9.      Attached as Exhibit H is a true and correct copy of an excerpt from *ISS Securities Class Action Services*, The Top 100 U.S. Class Action Settlements of All Time (2021).

Dated: July 2, 2021                              Respectfully submitted,

                                                 */s/ David R. Kaplan*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 2, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

>   */s/ David R. Kaplan*
>   David R. Kaplan