John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff Movants*
*Stefano Branca and Giuliana Mollo*

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>    Defendants. | No. 3:21-cv-02623-EMC<br><br><br>**STATEMENT OF RECENT DECISION BY LEAD PLAINTIFF MOVANTS STEFANO BRANCA AND GIULIANA MOLLO** |
| ROBERT GUTMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIBROGEN, INC. ENRIQUE CONTERNO, and JAMES SCHOENECK,<br><br>    Defendants. | No. 4:21-cv-02725-YGR<br><br><br>Hearing Date:   August 19, 2021<br>Hearing Time:  1:30PM |

*Caption continued on following page.*

| | |
|---|---|
| CESARE GRAZIOLI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, <br><br> Defendants. | No. 3:21-cv-03212-CRB |
| IBEW LOCAL 353 PENSION PLAN, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIBROGEN, INC. ENRIQUE CONTERNO, JAMES A. SCHOENECK, and K. PEONY YU, <br><br> Defendants. | No. 3:21-cv-03396-EJD |
| THOMAS LEONARD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, <br><br> Defendants. | No. 3:21-cv-03370-EMC |

Pursuant to Civil Local Rule 7-3(d)(2), Lead Plaintiff Movants Stefano Branca and Giuliana Mollo ("Movants") (*see* ECF No. 40) hereby advise the Court of a recent decision by the Hon. Dean D. Pregerson of the Central District of California.  Attached hereto as Exhibit A is a copy of Judge Pregerson's Order appointing a lead plaintiff pursuant to the Private Securities Litigation Act of 1995 (the "PSLRA") in *Esteban Koffsmon v. Green Dot Corp., et al.,* No. CV 19-10701-DDP, 2021 WL 3473975 (C.D. Cal. Aug. 6, 2021).

Movants submit this decision to the Court as relevant to the issues raised in the pending motions for appointment as lead plaintiff of these actions. *See* ECF Nos. 22, 29, and 40. *Koffsmon* rejected and did not appoint an unrelated group of institutional investors. *Koffsmon* at **2-3. The Order was issued after the lead plaintiff motions in these actions had been briefed.

DATED: August 11, 2021                    Respectfully submitted,

                                          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                           *s/ John T. Jasnoch*
                                          John T. Jasnoch (CA 281605)
                                          600 W. Broadway, Suite 3300
                                          San Diego, CA 92101
                                          Telephone: 619-233-4565
                                          Facsimile:  619-233-0508
                                          jjasnoch@scott-scott.com

                                          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                          Thomas L. Laughlin, IV (admitted *pro hac vice*)
                                          Rhiana L. Swartz (admitted *pro hac vice*)
                                          The Helmsley Building
                                          230 Park Avenue, 17th Floor
                                          New York, NY 10169
                                          Telephone: 212-233-6444
                                          Facsimile:  212-233-6334
                                          tlaughlin@scott-scott.com
                                          rswartz@scott-scott.com

                                          *Attorneys for Lead Plaintiff Movants Stefano Branca and Giuliana Mollo and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on August 11, 2021, at San Diego, California.

*s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)