**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone:     (858) 997-0860
Facsimile:      (858) 369-0096

*Counsel for Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association, and Proposed Lead Counsel for the Class*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, <br><br> Defendants. | No. 3:21-cv-02623-EMC <br><br> <u>**CLASS ACTION**</u> <br><br> **NOTICE OF SUBMISSION OF POWER OF ATTORNEY BY LEAD PLAINTIFF MOVANT EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BALTIMORE, CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT, AND PLYMOUTH COUNTY RETIREMENT ASSOCIATION** <br><br> HEARING DATE: August 19, 2021 <br> TIME: 1:30 p.m. <br> JUDGE: Hon. Edward M. Chen <br> COURTROOM: 5 – 17th Floor |

| | |
|---|---|
| ROBERT GUTMAN, Individually and on Behalf of All Others Similarly Situated, | No. 3:21-cv-02725-YGR |
| Plaintiff, | Judge Yvonne Gonzalez Rogers |
| vs. | **CLASS ACTION** |
| FIBROGEN, INC., ENRIQUE CONTERNO, and JAMES SCHOENECK, | |
| Defendants. | |
| CESARE GRAZOLI, Individually and on Behalf of All Others Similarly Situated, | No. 3:21-cv-03212-CRB |
| Plaintiff, | Judge Charles R. Breyer |
| vs. | **CLASS ACTION** |
| FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |
| THOMAS LEONARD, Individually and on Behalf of All Others Similarly Situated, | No. 5:21-cv-03370-BLF |
| Plaintiff, | Judge Beth Labson Freeman |
| vs. | **CLASS ACTION** |
| FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |
| IBEW LOCAL 353 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | No. 5:21-cv-03396-EJD |
| Plaintiff, | Judge Edward J. Davila |
| vs. | **CLASS ACTION** |
| FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, | |
| Defendants. | |

Lead Plaintiff movant Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (collectively, the "Retirement Systems") hereby submits the attached "Grant of Limited Power Of Attorney" dated August 5, 2021 in accordance with the Court's request at the August 29, 2021 hearing on the pending motions to consolidate the above-captioned actions, appoint a Lead Plaintiff, and approve its selection of Lead Counsel.

Dated:  August 19, 2021

Respectfully submitted,

**SAXENA WHITE P.A.**

*/s/ David R. Kaplan*
David R Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

Maya Saxena (admitted *pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 869-1013
msaxena@saxenawhite.com

*Counsel for the Retirement Systems and*
*Proposed Lead Counsel for the Class*

RETIREMENT SYSTEMS' NOTICE OF SUBMISSION
OF POWER OF ATTORNEY
CASE NO. 3:21-CV-02623-EMC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on August 19, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

/s/ David R. Kaplan
David R. Kaplan

RETIREMENT SYSTEMS' NOTICE OF SUBMISSION
OF POWER OF ATTORNEY
CASE NO. 3:21-CV-02623-EMC