**SAXENA WHITE P.A.**
Maya Saxena (admitted *pro hac vice*)
msaxena@saxenawhite.com
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
Dianne M. Pitre (SBN 286199)
dpitre@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: 561.394.3399
Fax: 561.394.3382

*Lead Counsel for Lead Plaintiffs Employees'*
*Retirement System of the City of Baltimore, City of*
*Philadelphia Board of Pensions and Retirement,*
*and Plymouth County Retirement Association*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU, <br><br> Defendants. | No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF LESTER R. HOOKER IN SUPPORT OF STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

I, LESTER R. HOOKER, declare as follows:

1. I am a Director at the law firm of Saxena White P.A., Lead Counsel for Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association, and am located in Boca Raton, Florida. The following is of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto. I make this declaration pursuant to N.D. Cal. Civ. L.R. 6-2(a).

2. The Parties jointly request that the Court enlarge the time for the filing of Lead Plaintiffs' consolidated complaint and briefing on Defendants' anticipated motion(s) to dismiss due to the substantive nature of this complex securities class action, the fact that Lead Plaintiffs have not had an opportunity to file a complaint in this Action, and Defendant FibroGen's counsel's trial commitments lasting approximately five (5) weeks in or around the month of October.

3. The only stipulated request to modify timing in this matter to date is the July 14, 2021 Joint Stipulation to vacate the Initial Case Management Conference scheduled for July 22, 2021 and to vacate any related deadlines to be rescheduled, if necessary, following the Court's ruling on any of Defendants' anticipated motion(s) to dismiss the consolidated complaint. *See* ECF No. 62. The July 14, 2021 Joint Stipulation also requested that within twenty-one (21) days after the Court appointed Lead Plaintiffs in the Action, Lead Plaintiffs and Defendants would submit to the Court a proposed schedule for: (i) the filing of the consolidated complaint; and (ii) Defendants' time to answer or otherwise respond to the operative complaint. *See Id*. This was granted by the Court on July 14, 2021. ECF No. 63.

4. The requested modification of the filing of the amended complaint and anticipated motion(s) to dismiss briefing schedule will not have any impact on the overall case schedule and will not impact any other dates, other than those that relate to the complaint and Defendants' anticipated motion(s) to dismiss.

HOOKER DECL. IN SUPPORT OF STIPULATION AND
[PROPOSED] SCHEDULING ORDER
CASE NO. 3:21-CV-02623-EMC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 3, 2021, at Boca Raton, Florida.


*/s/ Lester R. Hooker*
Lester R. Hooker

HOOKER DECL. IN SUPPORT OF STIPULATION AND
[PROPOSED] SCHEDULING ORDER
CASE NO. 3:21-CV-02623-EMC