**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESA PARDOS MILLAN, | Case No.: 21-CV-05871-YGR |
| Plaintiff, | ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED |
| vs. | |
| JAMES A. SCHOENECK, *et al.*, | |
| Defendants, | |
| Fibrogen, Inc., | |
| Nominal Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this derivative action is hereby referred to the Honorable Edward M. Chen to consider whether it is related to *In Re Fibrogen, Inc., Securities Litigation*, Case No. 3:21-cv-02623-EMC ("*In Re Fibrogen*"). The parties' Joint Stipulation and Proposed Order to Stay Derivative Action in the above-captioned action stipulates that "there is substantial overlap between the facts and circumstances" between this action and *In Re Fibrogen*, "including the relevance of many of the same documents and witnesses." (Dkt. No. 20 at 2.) The stipulation also acknowledges that Fibrogen, Inc., Mr. James A. Schoeneck, and Mr. Enrique Conterno are common defendants.

**IT IS SO ORDERED.**

Date: October 28, 2021

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**